UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| KATHLEEN MILES | * | CIVIL ACTION NO. 10-1628 |
| VERSUS | * | JUDGE S. MAURICE HICKS |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision is hereby **REVERSED** and **REMANDED** pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent therewith.

THUS DONE AND SIGNED, in chambers, this 15th day of February, 2012, Shreveport, Louisiana.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE