**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | | |
|---|---|---|
| **KATHLEEN MILES** | * | **CIVIL ACTION NO. 10-1628** |
| **VERSUS** | * | **JUDGE S. MAURICE HICKS, JR.** |
| **MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** | * | **MAG. JUDGE KAREN L. HAYES** |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's Petition for Attorney Fees [Rec. Doc. 18] is **GRANTED IN PART**, and that the Commissioner shall remit to plaintiff's counsel a check made payable to plaintiff Kathleen Miles for attorney fees in the amount of $1,779.00 (11.86 hours at $150.00 per hour).

**IT IS FURTHER ORDERED** that the motion [Rec. Doc. 18] otherwise is **DENIED.**

**THUS DONE AND SIGNED** in chambers, this 18th day of July, 2012.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE